No. 33. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* BASHFORD. November 8, 1937. It is ordered that this case be restored to the docket and assigned for reargument. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs Sewall Key* and *Maurice J. Mahoney* for petitioner. *Messrs. Walter G. Moyle, Charles C. Gammons,* and *Ernest L. Wilkinson* for respondent.

No. —, original. EX PARTE CHARLES ELMER PHILLIPS. November 8, 1937. The motion for leave to file petition for writ of habeas corpus and the application for bail are denied.

No. —, original. EX PARTE CHARLES W. ATKINS;
No. —, original. EX PARTE CHARLES LEFKOWITZ;
No. —, original. EX PARTE RALPH MARK;
No. —, original. EX PARTE SAMUEL LESSER; and
No. —, original. EX PARTE NAT J. HUMPHRIES. November 8, 1937. The motions for leave to file petitions for writs of habeas corpus are denied.